IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**COREY S. FLUGGA,**

      **Petitioner,**

      **v.**

**WARDEN, ROSS CORRECTIONAL INSTITUTION,**

      **Respondent.**

**CASE NO. 2:11-CV-00126**
**JUDGE FROST**
**MAGISTRATE JUDGE ABEL**

## OPINION AND ORDER

On January 25, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. (Doc. 11). Petitioner objects to the Magistrate Judge's recommendation of dismissal of his claims on the merits. Petitioner raises all of the same arguments he previously presented.

Pursuant to 28 U.S.C. 636(b), this Court has conducted a de novo review. For the reasons already detailed in the Magistrate Judge's Report and Recommendation, Petitioner's objections (Doc. 11), are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

      **IT IS SO ORDERED.**

                                                  /s/ Gregory L. Frost
                                                  GREGORY L. FROST
                                                  United States District Judge